ROBERT DAVID BAKER, INC.
Robert David Baker, Esq. (87314)
1611 The Alameda
San Jose, CA 95126
(408) 292-8555

Attorney for Plaintiff
BENNY DELA PENA



IT IS SO ORDERED
*Judge James Ware*

IN THE UNITED STATES DISTRICT
NORTHERN CALIFORNIA DISTRICT

| | |
|---|---|
| BENNY DELA PENA, | Case No. C05-CV-04650 JW |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ACTION |
| vs. | [FRCP 41(a)(1)(ii) |
| HILTON HOTELS CORPORATION, | |
| Defendant. | |

Pursuant to FRCP41 (a)(1)(ii), it is hereby stipulated that the above entitled matter is dismissed with prejudice.

IT IS SO STIPULATED.

Dated: November 12, 2006

_____
Robert David Baker, Esq.
Attorney for Plaintiff

Dated: ~~November~~ December 1, 2006

_____
Shane K. Anderies, Esq.
Attorney for Defendant